NUMBERS 13-03-377-CR and 13-03-378-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

RICARDO FLORES,                                                           Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 105th District Court of Kleberg County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam


         Appellant, RICARDO FLORES, attempts to appeal his convictions for aggravated
sexual assault of a child. The trial court has certified that “the defendant has waived
the right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On January 12, 2004, this Court notified appellant’s counsel of the trial court’s
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certifications.
         Counsel failed to respond to this Court’s order, and on February 26, 2004, the
appeal was abated and the matter was referred to the trial court for further
proceedings. The trial court’s findings were received on May 14, 2004. The trial
court’s findings fail to establish either that the certifications currently on file with this
Court are incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, the appeals are dismissed. Any pending motions are denied as moot.

                                                                        PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this
the 26th day of May, 2005.